IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKAS

| | | |
|---|---|---|
| RODNEY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv259 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| OMAHA POLICE DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court pursuant to Fed. R. Civ. P. 4(m) which establishes a time limit for service of process on the defendant(s) in a civil case. The court notified the plaintiff of the deadline for service of process on the defendants in the court's Order on Initial Review. Because the plaintiff is proceeding in forma pauperis, the Clerk of Court provided forms for service of process to the plaintiff to complete and return to the court so that the U.S. Marshal could serve the defendants. The plaintiff did not return the forms for service of process, and the deadline expired. In addition, it appears to the court that this case has been abandoned, as mail from the court to the plaintiff has been returned, and the plaintiff has not informed the court of his current address. A plaintiff has an obligation to keep the court informed of his or her current address at all times while the plaintiff's case is pending, as the court advised the plaintiff in the court's Prisoner Payment Order and in the Order on Initial Review.

    Therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff's complaint and the above-entitled action are dismissed without prejudice. A separate judgment will be entered accordingly.

    SO ORDERED.

March 22, 2006.                BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge